IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMIAH MOORE, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-0647 |
| | : | |
| EDWIN PEREZ, *et al.* | : | |

**ORDER**

AND NOW, this 25th day of March, 2025, upon consideration of *pro se* Plaintiff Jeremiah Moore's Application to Proceed *In Forma Pauperis* and Complaint (ECF Nos. 1, 4) it is ORDERED:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. All further proceedings in this matter are STAYED until Moore informs this Court that his related criminal proceeding has been resolved in accordance with paragraph three of this Order. The Clerk of Court is DIRECTED to place a STAY flag on the docket of this case.

3. If he seeks to pursue his claims, Moore must notify this Court within thirty (30) days of the resolution of his related criminal case, *Commonwealth v. Moore*, CP-51-CR-0005300-2023 (C.P. Philadelphia), that (a) the proceeding has been resolved; (b) how the proceeding resolved; and (c) whether he still intends to pursue the claims in this case. Failure to comply with this Order may result in dismissal of this case.

4. The Clerk of Court is DIRECTED NOT TO ISSUE SUMMONSES at this time.

5. The time to serve process under Fed. R. Civ. P. 4(m) is hereby extended to 90 days following the issuance of summonses by the Clerk of Court upon further order of the Court.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.